# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

In re:  Patricia Louise Cohan                                    Case No. 13-70413-SCS
                                                                 **Chapter 13**

    **Debtor**

## ORDER DENYING CONFIRMATION

   **THIS MATTER** came before the Court upon the Standing Trustee's Objection to Confirmation of the debtor Chapter 13 Plan filed, March 4, 2013, the parties having advised the Court that this matter has been settled.

   **UPON CONSIDERATION WHEREOF**, it appearing that the Debtor and the Standing Trustee have resolved the objection and desire to have an Order entered reflecting such settlement, and for good cause shown, it is

   **ORDERED** that the Objection to Confirmation is Sustained.  The debtor is to file a Modified Plan within 21 days of the entry of this order.

   It is **FURTHER ORDERED** that if the Debtor fails to comply with the agreed terms of this Order, an Order of Dismissal may be filed with and entered by this Court without further hearing.

   The Clerk of Court shall forward a copy of this Order to Michael P. Cotter, Chapter 13 Standing Trustee, 870 Greenbrier Circle, Ste. 402, Chesapeake, VA 23320; Amber L. Quick , Esquire,  The Law Offices Of Steve C. Taylor, 133 Mt. Pleasant Road,  Chesapeake, VA 23322; the attorney for the debtor; Patricia Louise Cohan, 10790 New Road,   Ivor, VA 23866; the debtor.

      Enter this ___ day of May 9 2013 2013

                                        /s/ Stephen C. St.John
                                        _____
                                        **U.S. Bankruptcy Judge**

      Entered on Docket:5/9/13

Michael P. Cotter  VSB No. 19526
Chapter 13 Trustee
870 Greenbrier Circle, Ste. 402
Chesapeake, VA 23320
(757) 961-3000

I ask for this:

/s/ Michael P. Cotter
Michael P. Cotter
Chapter 13 Standing Trustee

Seen and Agreed:

/s/ Amber Quick, Esq.
Amber L. Quick , Esquire
The Law Offices Of Steve C. Taylor
133 Mt. Pleasant Road
Chesapeake, VA  23322
VSB #76094

## LOCAL RULE 9022-1(C) CERTIFICATE

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1 (C).

/s/ Michael P. Cotter
Michael P. Cotter
Chapter 13 Standing Trustee

Michael P. Cotter  VSB No. 19526
Chapter 13 Trustee
870 Greenbrier Circle, Ste. 402
Chesapeake, VA 23320
(757) 961-3000

**PARTIES TO RECEIVE COPIES**

Amber L. Quick , Esquire
The Law Offices Of Steve C. Taylor
133 Mt. Pleasant Road
Chesapeake, VA  23322

Patricia Louise Cohan
10790 New Road
Ivor, VA  23866

Michael P. Cotter
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320

Michael P. Cotter  VSB No. 19526
Chapter 13 Trustee
870 Greenbrier Circle, Ste. 402
Chesapeake, VA 23320
(757) 961-3000